**No. P68/319.**—Traveler Trading Co. *v.* United States, protests 58/17697, etc. (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 1, 1968

**No. P68/320.**—The Newman Importing Company et al. *v.* United States, protests 65/21296, etc. (Los Angeles).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rubber motorboats similar in all material respects to those the subject of *Andrew Dossett Imp., Inc.* v. *United States* (59 Cust. Ct. 350, C.D. 3167), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, AUGUST 6, 1968

**No. P68/321.**—Earl Bloom Corp. *v.* United States, protests 63/2540, etc. (New York).

RAO C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of quality VV9 and 430 heavyweight cotton suede cloth weighing 11 ounces or over per square yard similar in all material respects to that the subject of *N. Erlanger Blumgart & Co., Inc.* v. *United States* (59 Cust. Ct. 121, C.D. 3092), the claim of the plaintiff was sustained.